WADE & OSBORNE, Appellants, *vs.* GOLDSBERRY, Respondent.

*Appeal from St. Louis Court of Common Pleas.*

*Todd & Krum*, for appellants.
*T. B. Hudson*, for respondent.

SCOTT, Judge. This case is in all material respects like the foregoing. Goldsberry, by adopting the acts of Emerson, constituted him his agent. In this suit, there is the note of a third person given in satisfaction of the demand on which the action is brought. As to the goodness of the bargain, we cannot speculate. If conjectures were allowable, a state of facts may be imagined, which would show the contract a very judicious one. Let the judgment be affirmed, with the concurrence of the other Judges.